[No. 5921-1.   Division One.   February 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ERNST ENGELHARDT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8383, Phillip G. Sheridan, J., entered June 20, 1977. *Affirmed* by unpublished opinion per Andersen, A.C.J., concurred in by James and Swanson, JJ.

[No. 5992-1.   Division One.   February 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY LYNN FOX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82144, Barbara Durham, J., entered October 10, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, A.C.J., and James, J.

[No. 6019-1.   Division One.   February 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROL A. STEWART, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. LEON E. WARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81556, George H. Revelle, J., entered September 29, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris, C.J., and James, J.